UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY PORTER,

    Petitioner,

v.

MARTIN BITER,

    Respondent.

Case No. 16-cv-00733-WHO (PR)

**ORDER EXTENDING TIME**

Dkt. No. 10

Respondent's motion to extend time to file a response to the Order to Show Cause (Dkt. No. 10) is GRANTED. The response shall be filed on or before September 23, 2016.

The Clerk shall terminate Dkt. No. 10.

**IT IS SO ORDERED.**

**Dated:** August 9, 2016



WILLIAM H. ORRICK
United States District Judge